IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:00CR282 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| GREGORY F. STANEK, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Gregory F. Stanek appeared before the court on October 12, 2006 on a Petition for Summons for Offender Under Supervision [30]. The defendant was represented by Assistant Federal Public Defender David M. O'Neill and the United States was represented by Assistant U.S. Attorney Michael P. Norris. The defendant denied the allegations. The government moved for detention. The defendant was remanded to the custody of the U.S. Marshal to be detained pending further order of the Court.

IT IS ORDERED:

1. The Federal Public Defender is appointed as counsel to represent the above named defendant

2. A preliminary examination and detention hearing in this matter is scheduled in Courtroom 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 1:30 p.m., on October 17, 2006** before Magistrate Judge Gossett. Defendant must be present in person.

3. Defendant is remanded to the custody of the U.S. Marshal.

Dated this 13th day of October, 2006.

BY THE COURT:

s/Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge