

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

NOV 20 2006

OFFICE OF THE CLERK

| UNITED STATES OF AMERICA, | ) | Case No. 8:00CR282 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| GREGORY F. STANEK, | ) | |
| Defendant. | ) | |

Defendant Gregory F. Stanek appeared before the court on November 20, 2006 on a Petition for Summons for Offender Under Supervision [30]. The defendant was represented by Assistant Federal Public Defender David O'Neill and the United States was represented by Assistant U.S. Attorney Michael P. Norris. The defendant admits allegations 1-4. The government did not move for detention. The defendant was released on current conditions of supervision.

IT IS ORDERED:

1. A final disposition hearing in this matter is scheduled in Courtroom 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 10:00 a.m., on February 23, 2007.** Defendant must be present in person.

2. Defendant shall participate and complete the Abintra Program at his own expense.

3. Defendant is released on current conditions of supervision after processing by the United States Marshal.

Dated this 20 day of November, 2006.

BY THE COURT:

JOSEPH F. BATAILLON
United States District Judge